THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* PETER MARKOWITZ, Appellant.

*People* v. *Markowitz,* 119 App. Div. 841, affirmed.
(Argued October 10, 1907; decided October 29, 1907.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered June 7, 1907, which affirmed a judgment of the Court of Special Sessions convicting the defendant of a violation of section 675 of the Penal Code.

*Max Schleimer* for appellant.

*William Travers Jerome, District Attorney (E. Crosby Kindleberger* of counsel), for respondent.

Judgment of conviction affirmed; no opinion.
Concur: CULLEN, Ch. J., O'BRIEN, EDWARD T. BARTLETT, HAIGHT, VANN, HISCOCK and CHASE, JJ.

---

P. M. SHARPLES, Appellant, *v.* C. EVERETT ANGELL, Respondent.

*Sharples* v. *Angell,* 112 App. Div. 906, affirmed.
(Argued October 10, 1907; decided October 29, 1907.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the third judicial department, entered March 17, 1906, affirming a judgment in favor of defendant entered upon a verdict and an order denying a motion for a new trial in an action to recover on contract.

*J. T. Gridley* for appellant.

*F. W. Clifford* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., O'BRIEN, EDWARD T. BARTLETT, HAIGHT, HISCOCK and CHASE, JJ. Absent: VANN, J.